```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>   Plaintiff,<br><br>   vs.<br><br>Triangle, Inc.,<br><br>   Defendant | Case No. **2:12-cv-01842-WBS-JFM**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 22, 2012 FOR DEFENDANT TRIANGLE, INC. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Triangle, Inc., by and through their respective attorneys of record, Scott N. Johnson; Raj S. Chima, stipulate as follows:

   1. An extension of time has been previously

      obtained for Defendant Triangle, Inc. until

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

September 21, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Triangle, Inc. is granted an extension until October 22, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Triangle, Inc. response will be due no later than October 22, 2012.

IT IS SO STIPULATED effective as of September 20, 2012

Dated:   September 29, 2012          /s/Raj S. Chima
                                     Raj S. Chima,
                                     Attorney for Defendant
                                     Triangle, Inc.


Dated:   September 20, 2012          /s/Scott N. Johnson
                                     Scott N. Johnson,
                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Triangle, Inc. shall have until October 22, 2012 to respond to complaint.

Dated: October 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2